NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ATSER RESEARCH TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**RABA-KISTNER CONSULTANTS, INC., RABA-KISTNER INFRASTRUCTURE, INC., RABA-KISTNER-ANDERSON CONSULTANTS, INC. (formerly known as Raba-Kistner Consultants (SW), Inc.), BRYTEST LABORATORIES, INC. (doing business as Raba-Kistner-Brytest Consultants, Inc.), and LONE STAR INFRASTRUCTURE, JOINT VENTURE,**
*Defendants-Appellees.*

———————————

2011-1590

———————————

Appeal from the United States District Court for the Western District of Texas in No. 07-CV-093, Judge Harry Lee Hudspeth.

———————————

**JUDGMENT**

———————————

ERIC M. ADAMS, Mehaffy Weber, P. C., of Houston, Texas, argued for plaintiff-appellant.

JOHN P. MORAN, Holland & Knight, LLP, of Washington, DC, argued for defendants-appellees. With him on the brief was KAREN BOYD WILLIAMS. Of counsel on the brief was JOSHUA C. KRUMHOLZ, of Boston, Massachusetts.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, NEWMAN and PLAGER, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 8, 2012                /s/ Jan Horbaly
Date                              Jan Horbaly
                                      Clerk